NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
         jsmith@santoronevada.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>　　　　　　Defendants. | Case No.  2:22-cv-01906-MMD-DJA<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS PORTIONS OF PLAINITFF'S FIRST AMENDED COMPLAINT (ECF #9)**<br>**(First Request)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff DWIGHT MANLEY ("*Plaintiff*") and Defendants MGM RESORTS INTERNATIONAL and MGM GRAND HOTEL, LLC ("*Defendants*"), hereby submit this Stipulation To Extend Briefing Schedule On Motion To Dismiss Portions of Plaintiff's First Amended Complaint (ECF #9).  For good cause shown below, that order would amend and add a reasonable amount of additional time to the response deadline regarding Defendants' pending motion to dismiss (ECF #9).

Under Local Rule 7-2, the time allowed for filing an opposition to the above motions is fourteen days. Plaintiff's counsel contacted Defendants' counsel regarding a proposed extension to the briefing schedule for the above motion.  The modification is warranted because Plaintiff's counsel is in the process of moving physical office locations and requests this extension as a

professional courtesy to the logistics of the move and is not for any purposes of undue delay.

Accordingly, the parties stipulated to the following briefing schedule to the above motion as follows:

Plaintiff's response to Defendants' motion (**ECF #9** (filed 02/01/2023)) will be extended three (3) weeks (from an original deadline date of February 15, 2023) to March 8, 2023.

This stipulation is without prejudice to or waiver of any parties' rights and arguments with respect to the foregoing motions.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully request that this Court endorse the foregoing stipulation and make it the Court's own order.

**STIPULATED AND AGREED BY ALL PARTIES.**

Dated: February 9, 2023.

By: /s/ Jason D. Smith
Nicholas Santoro (NV Bar No. 532)
Jason D. Smith (NV Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
        jsmith@santoronevada.com

*Attorneys for Plaintiff Dwight Manley*

By: /s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III (NV Bar No. 7174)
Katie L. Cannata (NV Bar No. 14848)
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6803 / Fax: (702) 920-8669
Email: ljs@skrlawyers.com
        klc@skrlawyers.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
United States Judge  District Judge