Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants MGM Resorts International
and MGM Grand Hotel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>            Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>            Defendants. | Case No.   2:22-cv-01906-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF No. 9]**<br><br>**(Third Request)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC (together, "Defendants"), hereby submit this Stipulation to Extend Briefing Schedule on Motion to Dismiss Portions of Plaintiff's First Amended Complaint [ECF #9].  This is the parties' third request.  For good cause shown below, Defendants hereby seek additional time to prepare and file their Reply in support of the Motion to Dismiss.

The parties previously stipulated and agreed to provide Plaintiff with additional time to respond to Defendants' Motion to Dismiss on two (2) occasions.  [ECF Nos. 12, 15.]  On March 20, 2023, Plaintiff filed his Response to the Motion to Dismiss.  [ECF No. 20.]

The current deadline for Defendants' Reply brief is Monday, March 27, 2023.  Counsel for

1

Defendants are currently in the process of conferring with their clients regarding Plaintiff's Response to the Motion to Dismiss and Defendants' forthcoming Reply thereto. However, counsel requires additional time to do so. As such, the parties hereby stipulate and agree that the deadline for Defendants' Reply brief shall be extended by two (2) weeks, up to and including Monday, April 10, 2023.

Notwithstanding the foregoing, the parties are moving the case forward in good faith. This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned motion.

| Dated this 21st day of March 2023. | Dated this 21st day of March 2023. |
|---|---|
| By: */s/ Jason D. Smith* <br> Nicholas Santoro, Esq. (NV Bar No. 532) <br> Jason D. Smith, Esq. (NV Bar No. 9691) <br> SANTORO WHITMIRE, LTD. <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, Nevada 89135 | By: */s/ Katie L. Cannata* <br> Lawrence J. Semenza, III, Esq. (NV Bar No. 7174) <br> Katie L. Cannata, Esq. (NV Bar No. 14848) <br> SEMENZA KIRCHER RICKARD <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiff Dwight Manley* | *Attorneys for Defendants MGM Resort International and MGM Grand Hotel, LLC* |

**IT IS SO ORDERED.**

Dated this  21st  day of March 2023.

_____
United States District Judge