Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants MGM Resorts International
and MGM Grand Hotel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>Defendants. | Case No.   2:22-cv-01906-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF No. 9]**<br><br>**(Fourth Request)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC (together, "Defendants"), hereby submit this Stipulation to Extend Briefing Schedule on Motion to Dismiss Portions of Plaintiff's First Amended Complaint [ECF #9]. This is the parties' fourth request. For good cause shown below, Defendants hereby seek an additional week to finalize their Reply in support of the Motion to Dismiss.

The parties previously stipulated and agreed to provide Plaintiff with additional time to respond to Defendants' Motion to Dismiss on two (2) occasions. [ECF Nos. 12, 15.] On March 20, 2023, Plaintiff filed his Response to the Motion to Dismiss. [ECF No. 20.]

On March 21, 2023, the parties stipulated and agreed to provide Defendants with an

1

extension in which to file their Reply brief. [ECF No. 21.] As a result of the foregoing stipulation, Defendant's Reply is currently due on Monday, April 10, 2023.

Counsel for Defendants are currently in the process of finalizing their Reply to the Motion to Dismiss. However, counsel requires additional time to confer with their client to do so. As such, the parties hereby stipulate and agree that the deadline for Defendants' Reply brief shall be extended by one (1) week, up to and including Monday, April 17, 2023.

Notwithstanding the foregoing, the parties are moving the case forward in good faith and are beginning to conduct discovery. This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned motion.

Dated this 7th day of April 2023.

By: */s/ Jason D. Smith*
Nicholas Santoro, Esq. (NV Bar No. 532)
Jason D. Smith, Esq. (NV Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Dwight Manley*

Dated this 7th day of April 2023.

By: */s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq. (NV Bar No. 7174)
Katie L. Cannata, Esq. (NV Bar No. 14848)
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendants MGM Resort International and MGM Grand Hotel, LLC*

**IT IS SO ORDERED.**

Dated this __7th__ day of April 2023.

_____
United States District Judge