NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
          jsmith@nevadafirm.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>                    Plaintiff,<br><br>    v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>                    Defendants. | Case No. 2:22-cv-01906-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**<br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff DWIGHT MANLEY ("*Plaintiff*") and Defendants MGM RESORTS INTERNATIONAL and MGM GRAND HOTEL, LLC ("*Defendants*"), hereby submit this Stipulation To Extend Time To File Second Amended Complaint as directed in this Court's Order (ECF #28). This is the parties' first request related to this Court's Order (ECF #28). For good cause shown below, the relief requested in this Stipulation will permit a reasonable amount of additional time for Plaintiff to file his Second Amended Complaint.

Good cause exists for this extension to permit Plaintiff to include the categories of information discussed in the Court's Order (ECF #28). The parties in this case have begun discovery and, more specifically, Plaintiff is currently in receipt of Defendants' initial set of discovery responses. The requested extension will permit Plaintiff an opportunity to most

efficiently set forth his amended allegations in the forthcoming Second Amended Complaint. In addition, counsel for Plaintiff has pre-existing schedule conflicts during the weeks of June 5 and 12, 2023, which create logisitical challenges with the current June 15, 2023 deadline.

The parties request this extension as a professional courtesy to the logistics of these scheduling conflicts and hereby submit that this request is not for any purposes of undue delay.

Accordingly, the parties stipulate to the following schedule as follows:

Plaintiff will file his Second Amended Complaint on or before July 7, 2023.

This stipulation is without prejudice to or waiver of any parties' rights and arguments with respect to the foregoing forthcoming pleading.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully request that this Court endorse the foregoing stipulation and make it the Court's own order.

**STIPULATED AND AGREED BY ALL PARTIES.**

Dated: June 7, 2023.

| | |
|---|---|
| By: */s/ Jason D. Smith* | By: */s/ Lawrence J. Semenza III* |
| Nicholas Santoro (NV Bar No. 532) | Lawrence J. Semenza III (NV Bar No. 7174) |
| Jason D. Smith (NV Bar No. 9691) | Katie L. Cannata (NV Bar No. 14848) |
| **HOLLEY DRIGGS** | **SEMENZA KIRCHER RICKARD** |
| 300 South Fourth Street, Suite 1600 | 10161 Park Run Drive, Suite 150 |
| Las Vegas, Nevada 891001 | Las Vegas, Nevada 89145 |
| Tel.: (702) 791-0308 / Fax: (702) 791-1912 | Tel.: (702) 835-6803 / Fax: (702) 920-8669 |
| Email: nsantoro@nevadafirm.com | Email: ljs@skrlawyers.com |
| jsmith@nevadafirm.com | klc@skrlawyers.com |
| *Attorneys for Plaintiff Dwight Manley* | *Attorneys for Defendants* |

Dated 6/8/2023

**IT IS SO ORDERED.**

_____
United States District Judge