Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant
MGM Grand Hotel, LLC and Defendant
MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY, <br><br> Plaintiff, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC, <br><br> Defendants. | Case No.   2:22-cv-01906-MMD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL [ECF No. 35] AND TO CONTINUE HEARING** <br><br> **(First Request)** |
| MGM GRAND HOTEL, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> v. <br><br> DWIGHT MANLEY, an individual, <br><br> Counter-Defendant. | |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff/Counterclaimant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), hereby submit this Stipulation to Extend Briefing Schedule

1

on Plaintiff's Motion to Compel (ECF #35) and to Continue Hearing.  This is the parties' first request.  As set forth below, the parties are continuing to confer in an attempt to resolve the discovery dispute raised in Plaintiff's Motion, and therefore request (1) an extension of the current briefing schedule, and (2) for the Court to continue the hearing on the Motion.

1. On August 16, 2023, Plaintiff filed his Motion to Compel (the "Motion"). (ECF No. 35.)  Specifically, Plaintiff moves to compel Defendants' responses to two (2) of his Requests for Production of Documents – Request Nos. 15 and 16.  (*Id.*)

2. On August 23, 2023, the Court set a hearing on the Motion for September 26, 2023. (ECF No. 36.)

3. Defendants' Response to the Motion is currently due on August 30, 2023.

4. The parties have recently resumed discussions in an effort to resolve the instant discovery dispute.  As such, the parties hereby stipulate and agree to extend the deadline for Defendants' Response by two (2) weeks, up to and including September 13, 2023.  The parties further stipulate and agree that Plaintiff's Reply brief shall be due on September 20, 2023, pursuant to LR 7-2.

5. Considering the foregoing stipulation, the parties respectfully request that the Court continue the hearing on the Motion in accordance with the above-mentioned briefing schedule. Specifically, the parties request that the hearing be set on October 2, 2023 or thereafter, with the exception of  October 9th through October 13, 2023, during which time Plaintiff's counsel will be unavailable.

6. Should the parties successfully resolve the discovery dispute regarding Plaintiff's Request for Production Nos. 15 and 16, they will promptly notify the Court of the same and request that the hearing be vacated.

///
///
///
///
///

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned Motion.

Dated this 30th day of August 2023.               Dated this 30th day of August 2023.

By: */s/ Jason D. Smith*
Nicholas Santoro, Esq. (NV Bar No. 532)
Jason D. Smith, Esq.  (NV Bar No. 9691)
HOLLEY DRIGGS
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
            jsmith@nevadafirm.com

*Attorneys for Plaintiff/ Counter-Defendant Dwight Manley*

By: */s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq. (NV Bar No. 7174)
Katie L. Cannata, Esq. (NV Bar No. 14848)
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6803 / Fax: (702) 920-8669
Email:  ljs@skrlawyers.com
             klc@skrlawyers.com

*Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resort International*

IT IS SO ORDERED.  IT IS FURTHER ORDERED that the hearing currently set for September 26, 2023 is CONTINUED and **RESET** for **October 20, 2023 at 10:00 a.m. in Courtroom 3A.**

DATED: 9/1/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3