Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant
MGM Grand Hotel, LLC and Defendant
MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>    Defendants.<br><br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>    Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>    Counter-Defendant. | Case No. 2:22-cv-01906-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL [ECF No. 35]**<br><br>**(Second Request)** |

  Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff/Counterclaimant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), hereby submit this Stipulation to Extend Briefing Schedule

1

on Plaintiff's Motion to Compel (ECF #35).  This is the parties' second request.  As set forth below, the parties have made progress in their attempts to resolve the discovery dispute raised in Plaintiff's Motion, and therefore request an additional two (2) week extension of the briefing schedule.

1. On August 16, 2023, Plaintiff filed his Motion to Compel (the "Motion"). (ECF No. 35.)  Specifically, Plaintiff moves to compel Defendants' responses to two (2) of his Requests for Production of Documents – Request Nos. 15 and 16.  (*Id.*)

2. On August 23, 2023, the Court set a hearing on the Motion for September 26, 2023. (ECF No. 36.)

3. On September 1, 2023, the parties filed their first stipulation to extend the briefing schedule on Plaintiff's Motion and to continue the September 26, 2023 hearing.  (ECF No. 37.) That same day, the Court granted the parties' stipulation and reset the hearing on Plaintiff's Motion for October 20, 2023 at 10:00 a.m.  (ECF No. 39.)  Pursuant to that Order, Defendants' Response to the Motion is currently due on September 13, 2023, and Plaintiff's Reply is due on September 20, 2023.

4. The parties have made progress in their efforts to resolve the instant discovery dispute.  On September 12, 2023, Defendants served a supplemental document production, as well as supplemental responses to Plaintiff's Requests for Production Nos. 15 and 16, which Defendants believe provide the information sought by Plaintiff.

5. Counsel for Plaintiff requires additional time to review the foregoing supplemental responses and confer with his client for purposes of determining whether the information provided is sufficient to resolve this dispute.  Accordingly, the parties hereby stipulate and agree to extend the deadline for Defendants' Response by two (2) weeks, up to and including September 27, 2023. The parties further stipulate and agree that Plaintiff's Reply brief shall be due on October 4, 2023, pursuant to LR 7-2.

6. Should the parties successfully resolve the discovery dispute regarding Plaintiff's Request for Production Nos. 15 and 16, they will promptly notify the Court of the same and request that the October 20, 2023 hearing be vacated.

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1  This Stipulation is not made for the purpose of undue delay and is without prejudice to or
2  waiver of any parties' rights and arguments with respect to the aforementioned Motion.
3  Dated this 13th day of September 2023.  Dated this 13th day of September 2023.

By: */s/ Jason D, Smith*
Nicholas Santoro, Esq. (NV Bar No. 532)
Jason D. Smith, Esq.  (NV Bar No. 9691)
HOLLEY DRIGGS
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
           jsmith@nevadafirm.com

*Attorneys for Plaintiff/ Counter-Defendant Dwight Manley*

By: */s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq. (NV Bar No. 7174)
Katie L. Cannata, Esq. (NV Bar No. 14848)
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6803 / Fax: (702) 920-8669
Email:  ljs@skrlawyers.com
            klc@skrlawyers.com

*Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resort International*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 9/14/2023

3