Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant
MGM Grand Hotel, LLC and Defendant
MGM Resorts International*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>        Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>        Defendants.<br><br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>        Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>        Counter-Defendant. | Case No.   2:22-cv-01906-MMD-DJA<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL [ECF No. 35] WITHOUT PREJUDICE** |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiff/Counterclaimant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), hereby submit this Stipulation to Withdraw Plaintiff's Motion to Compel

1

(ECF #35) Without Prejudice.

1. On August 16, 2023, Plaintiff filed his Motion to Compel (the "Motion"). (ECF No. 35.) Specifically, Plaintiff moved to compel Defendants' responses to two (2) of his Requests for Production of Documents – Request Nos. 15 and 16. (*Id.*)

2. Thereafter, the parties continued discussions regarding the discovery dispute informing Plaintiff's Motion. As a result of those discussions, the parties stipulated to continue the Motion's briefing schedule on four (4) occasions. (ECF Nos. 37-39, 40-41, 42-43, 47-48.)

3. A hearing on the Motion is currently scheduled for November 13, 2023. (ECF No. 48.)

4. In light of Defendants' supplemental document production, and their counsel's agreement to provide Plaintiff's counsel additional information concerning Request Nos. 15 and 16, Plaintiff has agreed to withdraw the Motion without prejudice.

5. As such, Plaintiff hereby withdraws his Motion without prejudice and the Court may vacate the current November 13, 2023 hearing date as unnecessary at this time.

| | |
|---|---|
| Dated this 23rd day of October 2023. | Dated this 23rd day of October 2023. |
| By: */s/ Jason D. Smith* | By: */s/ Katie L. Cannata* |
| Nicholas Santoro, Esq. (NV Bar No. 532) | Lawrence J. Semenza, III, Esq. (NV Bar No. 7174) |
| Jason D. Smith, Esq. (NV Bar No. 9691) | Katie L. Cannata, Esq. (NV Bar No. 14848) |
| Margarita Elias, Esq. (NV Bar No. 14867) | SEMENZA RICKARD LAW |
| HOLLEY DRIGGS | 10161 Park Run Drive, Suite 150 |
| 300 S. Fourth Street, Suite 1600 | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89101 | Tel.: (702) 835-6803 / Fax: (702) 920-8669 |
| Tel.: (702) 791-0308 / Fax: (702) 791-1912 | Email: ljs@semenzarickard.com |
| Email: nsantoro@nevadafirm.com | klc@semenzarickard.com |
| jsmith@nevadafirm.com | *Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resort International* |
| melias@nevadafirm.com | |
| *Attorneys for Plaintiff/ Counter-Defendant Dwight Manley* | |

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the motion hearing scheduled for Monday, November 13, 2023 is VACATED.

DATED: 10/23/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2