NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**HOLLEY DRIGGS**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
           jsmith@nevadafirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>                    Plaintiff,<br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>                    Defendants. | Case No.  2:22-cv-01906-MMD-DJA<br><br>**SUBSTITUTION OF ATTORNEYS** |
| MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>                    Counterclaimant<br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>                    Counterdefendant. | |

Plaintiff DWIGHT MANLEY ("*Plaintiff*"), hereby substitutes and appoints Paul R. Hejmanowski, Esq. and Charles H. McCrea, Esq. of the law firm PRHLAW LLC as his attorneys in the place and stead of Nicholas J. Santoro, Esq. and Jason D. Smith, Esq. of the law firm of HOLLEY DRIGGS in the above-entitled action.

DATED this 31st day of October 2023.

DWIGHT MANLEY

By: */s/ Dwight Manley*

1   The law firm of HOLLEY DRIGGS hereby consents to the substitution of the law firm
2   PRHLAW LLS as attorneys for Plaintiff Dwight Manley in the above-entitled action.
3   Dated this 31st day of October 2023.

**HOLLEY DRIGGS**

*/s/ Jason D. Smith*
NICHOLAS J. SANTORO (NV Bar No. 532)
JASON D. SMITH (NV Bar No. 9691)
300S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Email: nsantoro@nevadafirm.com
          jsmith@nevadafirm.com

We are duly admitted to practice in this District and accept the above substitution this 31st day of October 2023.

**PRHLAW LLC**

*/s/ Paul R. Hejmanowski*
Paul R. Hejmanowski, Esq. (NV Bar No. 94)

*/s/ Charles H. McCrea*
Charles H. McCrea, Esq. (NV Bar No. 104)
520 S. Fourth Street, Ste. 360
Las Vegas, Nevada 89101

Please check one:  X RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11/2/2023

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2023, a true and correct copy of **SUBSTITUTION OF ATTORNEYS** was served electronically through with the Clerk of the Court using the CM/ECF system to the following:

Lawrence J. Semenza, III, Esq.
Katie Cannata, Esq.
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Email:  ljs@skrlawyers.com
            klc@skrlawyers.com
*Attorneys for Defendants*


**PRHLAW LLC**
Paul R. Hejmanowski, Esq.
Charles H. McCrea, Esq.
520 S. Fourth Street, Ste. 360
Las Vegas, Nevada 89101
Email:  paul@prhlawllc.com
            charles@prhlawllc.com

                                                    /s/ *Jana Chaffee*
                                                    An employee of HOLLEY DRIGGS