```
 1  NICHOLAS J. SANTORO, ESQ.
    Nevada Bar No. 0532
 2  JASON D. SMITH, ESQ.
    Nevada Bar No. 9691
 3  HOLLEY DRIGGS
    300 S. Fourth Street, Suite 1600
 4  Las Vegas, Nevada 89101
 5  Tel.: (702) 791-0308 / Fax: (702) 791-1912
    Email: nsantoro@nevadafirm.com
 6         jsmith@nevadafirm.com
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY, | Case No. 2:22-cv-01906-MMD-DJA |
| Plaintiff, | **MOTION TO REMOVE FROM ELECTRONIC SERVICE LIST** |
| v. | |
| MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC, | |
| Defendants. | |
| MGM GRAND HOTEL, LLC, a Nevada limited liability company, | |
| Counterclaimant | |
| v. | |
| DWIGHT MANLEY, an individual, | |
| Counterdefendant. | |

Nicholas J. Santoro, Esq. and Jason D. Smith, Esq. of the law firm HOLLEY DRIGGS respectfully request that they be removed from the CM/ECF service list as new counsel for Plaintiff has been substituted in their place (ECF No. 52).

Dated this 16th day of November 2023.

**HOLLEY DRIGGS**

*/s/ Jason D. Smith*
NICHOLAS J. SANTORO (NV Bar No. 532)
JASON D. SMITH (NV Bar No. 9691)
300S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101

- 2 -

Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
jsmith@nevadafirm.com

**IT IS THEREFORE ORDERED** that Nicholas J. Santoro, Esq. and Jason D. Smith, Esq.'s motion to be removed from the CM/ECF service list (ECF No. 53) is **GRANTED.** The Clerk of Court is kindly directed to remove Nicholas J. Santoro, Esq. and Jason D. Smith, Esq. from the service list for this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2023, a true and correct copy of **MOTION TO REMOVE FROM ELECTRONIC SERVICE LIST** was served electronically through with the U.S. District Court, District of Nevada by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Jana Chaffee*
An employee of HOLLEY DRIGGS