Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>             Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>             Defendants.<br><hr>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>             Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>             Counter-Defendant. | Case No.  2:22-cv-01906-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL [ECF No. 65]**<br><br>**(First Request)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff/Counter-Defendant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), hereby submit this Stipulation to Extend Briefing

1

Schedule on Plaintiff's Motion to Compel (ECF No. 65).  This is the parties' first request.

1.	On March 29, 2024, Plaintiff filed his Motion to Compel (the "Motion").  (ECF No. 65.)  Specifically, Plaintiff moves to compel Defendants' responses to his Interrogatory Nos. 22-23 and Request for Production No. 36.  (*Id.*)

2.	Defendants' Response to the Motion is currently due on April 12, 2024.

3.	Counsel for Defendants require additional time to confer with their client for purposes of finalizing their Response to Plaintiff's Motion.  As such, the parties hereby stipulate and agree that the deadline for Defendants' Response shall be extended by one (1) week, up to and including Friday, April 19, 2024.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned Motion.

| DATED this 12th day of April 2024. | DATED this 12th day of April 2024. |
|---|---|
| SEMENZA RICKARD LAW | PRHLAW LLC |
| */s/ Katie L. Cannata* | */s/ Charles H. McCrea* |
| Lawrence J. Semenza, III, Esq, Bar No. 7174<br>Katie L. Cannata, Esq., Bar No. 14848<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 | Paul R. Hejmanowski, Esq., Bar No. 94<br>Charles H. McCrea, Esq., Bar No. 104<br>520 S. Fourth St., Ste. 360<br>Las Vegas, Nevada 89101 |
| *Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC & Defendant MGM Resorts International* | *Attorneys for Plaintiff/Counter-Defendant Dwight Manley* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: April 12, 2024