Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for DWIGHT MANLEY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>　　　　Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No.  2:22-cv-01906-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT[ECF No. 68]**<br><br>**(First Request)** |

　　　　Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff/Counter-Defendant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), hereby submit this Stipulation to Extend Briefing Schedule on Defendants' Motion to Dismiss Portions of Plaintiff's Third Amended Complaint (ECF No. 68).

　　　　1.　　On March 29, 2024, Defendants filed their Motion to Dismiss Portions of Plaintiff's Third Amended Complaint (the "Motion").  (ECF No. 68.)

　　　　2.　　Plaintiff's response to the Motion is currently due on April 18, 2024.

3. Counsel for Plaintiff requires additional time to prepare and file his response to the Motion and the parties stipulate and agree that the deadline for such response shall be extended by one (1) week, up to and including Thursday, April 25, 2024.

4. This is the parties' first request for an extension of the briefing schedule on the Motion.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the Motion.

| DATED this 16th day of April 2024. | DATED this 16th day of April 2024. |
|---|---|
| SEMENZA RICKARD LAW | PRHLAW LLC |
| */s/Katie L. Cannata* | */s/Charles H. McCrea* |
| Lawrence J. Semenza, III, Esq, Bar No. 7174 | Paul R. Hejmanowski, Esq., Bar No. 94 |
| Katie L. Cannata, Esq., Bar No. 14848 | Charles H. McCrea, Esq., Bar No. 104 |
| 10161 Park Run Drive, Suite 150 | 520 S. Fourth St., Ste. 360 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| *Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC & Defendant MGM Resorts International* | *Attorneys for Plaintiff/Counter-Defendant Dwight Manley* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 17th 2024