Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for DWIGHT MANLEY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL;<br>MGM GRAND HOTEL, LLC,<br><br>　　　　　Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:22-cv-01906-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSE TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS [ECF No. 73]**<br><br>**(First Request)** |

　　　　Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff/Counter-Defendant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), submit this Stipulation to Extend Briefing Schedule on Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Compel Defendants' Response to Interrogatories and Request for Production of Documents (ECF 73).

　　　　1.　　On March 29, 2024, Plaintiff filed a Motion to Compel Defendants' Response to Interrogatories and Request for Production of Documents (ECF 65).

2,      On April 19, 2024, Defendants filed their Response in Opposition to Plaintiff Dwight Manley's Motion to Compel Defendants' Response to Interrogatories and Request for Production of Documents (ECF 73) (the "Response to Motion to Compel").

3.      Plaintiff's reply to the Response to the Motion to Compel is currently due on April 26, 2024.

4.      Counsel for Plaintiff requires additional time to prepare and file his reply to the to the Response to Motion to Compel and the parties stipulate and agree that the deadline for such reply shall be extended by one (1) week, up to and including Friday, May 3, 2024.

5.      This is the parties' first request for an extension of the briefing schedule on filing the reply to the Response to Motion to Compel.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the Motion.

DATED this ___ day of April 2024.

SEMENZA RICKARD LAW

*/s/Katie L. Cannata*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC & Defendant MGM Resorts International*

DATED this ___ day of April 2024.

PRHLAW<sub>LLC</sub>

*/s/Charles H. McCrea*
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counter-Defendant Dwight Manley*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 22, 2024