Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>  Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>  Defendants.<br><hr>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>  Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>  Counter-Defendant. | Case No.   2:22-cv-01906-MMD-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT [ECF No. 68]**<br><br>**(First Request)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff/Counter-Defendant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), hereby submit this Stipulation to Extend Deadline

1

to File Reply in Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint [ECF No. 68] (the "Motion to Dismiss").  This is the parties' first request to extend Defendants' Reply deadline.

1. On April 4, 2024, Defendants filed their Motion to Dismiss.  (ECF No. 68.)

2. On April 16, 2024, the parties filed a Stipulation and Order to extend Plaintiff's deadline to file a Response to the Motion to Dismiss by one (1) week.  (ECF No. 71.)  The Court granted the parties' stipulation on April 17, 2024, which extended Plaintiff's Response deadline to April 25, 2024.  (ECF No. 72.)

3. On April 25, 2024, Plaintiff filed his Response to Defendants' Motion to Dismiss.  (ECF No. 76.)  The current deadline for Defendants' Reply brief is May 2, 2024.

4. Counsel for Defendants require additional time to confer with their client and prepare a Reply to the Motion to Dismiss.  As such, the parties hereby stipulate and agree that the deadline for Defendants' Reply shall be extended by one (1) week, up to and including Thursday, May 9, 2024.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned Motion.

| DATED this 30th day of April 2024. | DATED this 30th day of April 2024. |
|---|---|
| SEMENZA RICKARD LAW | PRHLAW LLC |
| */s/ Katie L. Cannata* | */s/ Charles H. McCrea* |
| Lawrence J. Semenza, III, Esq, Bar No. 7174<br>Katie L. Cannata, Esq., Bar No. 14848<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC & Defendant MGM Resorts International* | Paul R. Hejmanowski, Esq., Bar No. 94<br>Charles H. McCrea, Esq., Bar No. 104<br>520 S. Fourth St., Ste. 360<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff/Counter-Defendant Dwight Manley* |

**IT IS SO ORDERED.**

United States District Court Judge

DATED: 5/1/2024

2