Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>                                  Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>                                  Defendants.<br>_____<br><br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>                                  Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>                                  Counter-Defendant. | Case No.   2:22-cv-01906-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION AND JOINT PRE-TRIAL MEMO DEADLINES AND STATUS REPORT REGARDING DISCOVERY**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff/Counter-Defendant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International (together, "Defendants"), hereby submit this Stipulation to Extend the Dispositive Motion and

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1   Joint Pre-Trial Memo Deadlines (Fourth Request) and Status Report Regarding Discovery.

2   The discovery deadline in this matter expired on September 30, 2024.  Prior to the close of

3   discovery, the parties discussed an extension of 60 days.  That discussion took place in the context

4   of Defendants not knowing how quickly they could gather, review and produce prior incident

5   reports consistent with the Court's ruling on Plaintiff's Motion to Compel and Defendants'

6   corresponding Motion for Protective Order.  (*See* ECF No. 65 and ECF No. 94.)   Thereafter, on

7   September 27, 2024, Defendants produced prior incident reports.  Counsel for Plaintiff did not

8   have an opportunity to review those reports prior to the September 30, 2024 discovery deadline.

9   While both parties acknowledge that certain discovery remains outstanding, they have yet

10  to reach an agreement regarding an extension of the discovery deadline.  Counsel for Plaintiff

11  wishes to extend the discovery deadline without limitations as to the scope of discovery during

12  that period.  Defendants' counsel, however, is unwilling to agree to a blanket extension without

13  certain parameters and/or limitations on the remaining discovery to be conducted in this case.  As

14  such, the parties are still engaged in good faith discussions as to what discovery remains to be

15  completed in this case and/or whether such discovery is appropriate.

16  Within two weeks from the date of this Stipulation, the parties will notify the Court either

17  by way of status report or further stipulation concerning the agreed to (and/or disputed)

18  parameters for completing discovery in this case, as well as a proposed discovery cut-off date.

19  Considering the foregoing, the parties seek a sixty (60) day extension of the current

20  dispositive motion and pre-trial deadlines.  The foregoing extension will provide the parties with

21  sufficient time prior to the filing of dispositive motions to resolve the foregoing discovery issues

22  and/or seek Court intervention if necessary.   Specifically, the parties propose the following

23  schedule:

| | **Current** | **Proposed** |
|---|---|---|
| Deadline to file dispositive motions | October 30, 2024 | **December 30, 2024** |
| Joint Pretrial Order | November 29, 2024 | **January 31, 2025** |

27  ///

28  ///

2

This Stipulation is made in good faith and not for purposes of delay.

DATED this 1st day of October 2024.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC & Defendant MGM*
*Resorts International*

DATED this 1st day of October 2024.

PRHLAW LLC

*/s/ Paul R. Hejmanowski*
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant*
*Dwight Manley*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: October 1, 2024

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3