Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>　　　　　　Defendants.<br><br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>　　　　　　Counter-Defendant. | Case No.   2:22-cv-01906-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AN ADVERSE INFERENCE JURY INSTRUCTION AND OTHER REMEDIES [ECF NO. 121]**<br><br>**(First Request)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC (together, "Defendants"), hereby submit this Stipulation to Extend Briefing Schedule on Defendants' Response to Plaintiff's

1

Motion for an Adverse Inference Jury Instruction and Other Remedies [ECF No. 121] (the "Motion"). This is the parties' first request. For good cause shown below, Defendants hereby seek up to and including Monday, December 2, 2024 in which to file their Response to the Motion.

Counsel for Defendants are currently in the process of finalizing their Response to the Motion. However, counsel requires additional time to confer with their client to do so, particularly in light of the upcoming Thanksgiving holiday. As such, the parties hereby stipulate and agree that the deadline for Defendants' Response shall be extended to Monday, December 2, 2024.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned motion.

| | |
|---|---|
| DATED this 26th day of November 2024. | DATED this 26th day of November 2024. |
| SEMENZA RICKARD LAW | PRHLAW LLC |
| */s/ Katie L. Cannata* | */s/ Charles H. McCrea* |
| Lawrence J. Semenza, III, Esq, Bar No. 7174 | Paul R. Hejmanowski, Esq., Bar No. 94 |
| Katie L. Cannata, Esq., Bar No. 14848 | Charles H. McCrea, Esq., Bar No. 104 |
| 10161 Park Run Drive, Suite 150 | 520 S. Fourth St., Ste. 360 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| *Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC & Defendant MGM Resorts International* | *Attorneys for Plaintiff/Counter-Defendant Dwight Manley* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: November 27, 2024