Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for DWIGHT MANLEY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>        Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:22-cv-01906-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR AN ADVERSE INFERENCE JURY INSTRUCTION AND OTHER REMEDIES [ECF NO. 135]**<br>**(First Request)** |

Pursuant to LR 7-1, LR IA 6-1 and LR IA 6-2, Plaintiff and Defendants submit this stipulation and order to extend the briefing schedule on Plaintiff's reply to Defendants' response to Plaintiff's motion for an adverse inference jury instruction and other remedies filed 12/2/2024 (ECF No. 135). The reply was initially due to be filed on 12/9/2024. The parties acknowledge that the requested extension is being made after the expiration of the specified period and agree that this was the result of Plaintiff's counsel's inadvertent failure to request an extension of time prior

to 12/2/2024 and constitutes excusable neglect pursuant to LR IA 6-1. Accordingly, it is

STIPULATED AND AGREED that Plaintiff's deadline to file his reply to Defendants' response to Plaintiff's motion for an adverse inference jury instruction (ECF No. 135) shall be extended to 12/20/2024.

This stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned motion.

Dated:  December 12, 2024.                                Dated:  December 12, 2024.

SEMENZA RICKCARD LAW                                      PRHLAW LLC

By: */s/Katie L. Cannata*                                 By: */s/Charles H. McCrea*
Lawrence J. Semenza, III, Bar #7174                       Paul Hejmanowski, Bar #94
Katie L. Cannata, Bar #14848                              Charles H. McCrea, Bar #104
10161 Park Run Dr. #150                                   520 S. 4th St. #360
Las Vegas, Nevada 89145                                   Las Vegas, Nevada 89101

Attorneys for Defendants                                  Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
United State Magistrate Judge

DATED:  December 12, 2024