Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>             Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>             Defendants.<br>_____<br><br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>             Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>             Counter-Defendant. | Case No.   2:22-cv-01906-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE AND OTHER DATES AND STATUS REPORT REGARDING DISCOVERY**<br><br>**(Sixth Request)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff/Counter-Defendant Dwight Manley ("Plaintiff"), Defendant/Counterclaimant MGM Grand Hotel, LLC ("MGM Grand") and Defendant MGM Resorts International ("MGM Resorts") (together, "Defendants"), hereby submit this Stipulation

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

to Extend the Discovery Deadline and Other Dates (Sixth Request) and Status Report Regarding Discovery.[1]

On October 15, 2024, the parties filed a Stipulation to Extend Discovery Deadline and Status Report Regarding Discovery (Fifth Request). [ECF No. 117.] As stated therein, the parties reserved the right to conduct certain outstanding discovery in this matter. Pursuant to that Stipulation, the discovery deadline was continued to November 30, 2024. [*Id*.] Dispositive motions are currently due on December 30, 2024. [*Id.*] Both parties, however, require additional time to complete a limited amount of discovery before filing dispositive motions. As such, the parties respectfully request that (1) the discovery deadline be extended to February 28, 2025 and (2) the dispositive motion deadline be continued to March 28, 2025. The foregoing extension of the discovery period will be for the sole purpose of completing the limited discovery outlined in this Stipulation.

First, and pursuant to the Court's December 11, 2024 Order, Manley intends to depose two (2) former patrons of MGM Resorts' properties who were involved in a prior, alleged incident of involuntary drugging.[2] Those patrons reside out of state, and as such, additional time is needed to coordinate and complete their depositions. If deemed necessary, Defendants reserve the right to seek additional discovery for purposes of rebutting the patrons' testimony.

In addition to the foregoing, the parties are working to coordinate Plaintiff's continued deposition, as well as the deposition of Defendants' FRCP 30(b)(6) designee(s).[3] Plaintiff's continued deposition will be limited in scope (*i.e.* outstanding discovery issues) and will not re-

---

[1] Since the parties' last Stipulation [ECF No. 117], Plaintiff has propounded – and Defendants have responded – to Requests for Admission. Moreover, Defendants disclosed certain policies and procedures obtained from the Las Vegas Metropolitan Police Department ("LVMPD") via a public records request. On November 19, 2024, Defendants conducted the deposition of Jeffrey Kinsler, a former LVMPD associate of Thomas Fletcher, Plaintiff's former private investigator.

[2] On December 11, 2024, the Court held a hearing on Defendants' related Motion for Protective Order, as well as Plaintiff's Countermotion to remove the prior incident reports' confidentiality designations. [*See* ECF Nos. 122, 131, 140.]

[3] Defendants reserve the right to produce any additional documents reviewed by their FRCP 30(b)(6) designees in preparation of their depositions.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

open matters that were previously covered during his July 29, 2024 deposition.  Given both parties' respective schedules,[4] as well as the deponents' availability, the parties anticipate conducting the foregoing depositions in January or early February 2025.

Finally, Defendants recently received T-Mobile's document production in response to their subpoena duces tecum and are in the process of reviewing said documents for privilege and privacy concerns prior to disclosing them to Plaintiff's counsel.[5]

Absent further agreement between the parties, the foregoing is an exhaustive list of the remaining discovery to be conducted in this matter.  The parties believe that this discovery is necessary to be fully prepared to file dispositive motions in this action.  This Stipulation is made in good faith and not for purposes of delay.

///
///
///
///
///
///
///
///
///
///
///
///
///

---

[4] Plaintiff's counsel will be traveling out of the country in mid-February.  Defendants' counsel is attempting to continue a trial in one of their Eighth Judicial District Court cases (Case No. A-22-852827-C), which is currently set on a five-week stack commencing on February 10, 2025, which may or may not be successful.  Defendants' counsel also has several depositions already scheduled in mid-January 2025.  As such, the proposed deadlines set forth below reflect a realistic timeframe for the parties to complete discovery in this matter.

[5] The call logs subpoenaed from T-Mobile belong to MGM Grand bartender, Jerilyn Koch.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

For the Court's reference, the parties' proposed schedule is set forth below:

|  | <u>Current</u> | <u>Proposed</u> |
|---|---|---|
| Discovery deadline: | November 30, 2024 | **February 28, 2025** |
| Dispositive Motions: | December 30, 2024 | **March 28, 2025** |
| Joint Pre-Trial Memo: | January 31, 2025 | **April 26, 2025** |

DATED this 30th day of December 2024.                 DATED this 30th day of December 2024.

SEMENZA RICKARD LAW                                  PRHLAW LLC

/s/ Lawrence J. Semenza, III                          /s/ Paul R. Hejmanowski

Lawrence J. Semenza, III, Esq, Bar No. 7174          Paul R. Hejmanowski, Esq., Bar No. 94
Katie L. Cannata, Esq., Bar No. 14848                Charles H. McCrea, Esq., Bar No. 104
10161 Park Run Drive, Suite 150                      520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89145                              Las Vegas, Nevada 89101
*Attorneys for Defendant/Counterclaimant*            *Attorneys for Plaintiff/Counter-Defendant*
*MGM Grand Hotel, LLC & Defendant MGM*               *Dwight Manley*
*Resorts International*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: December 30, 2024

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

4