Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for DWIGHT MANLEY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>     Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>     Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:22-cv-01906-MMD-~~DJA~~ EJY<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND CASE MANAGEMENT DEADLINES**<br><br>**(Eighth Request)** |

Pursuant to Fed. R. Civ. P. 26 and 30 and Local Rule 26-3, Plaintiff and Defendants submit this Stipulation and (Proposed) Order to extend the dispositive motion deadline and joint pre-trial memo deadline set forth in this Court's Order dated January 31, 2025 (ECF No. 155). The parties submit the following stipulation and order for the Court's consideration to allow the parties to continue working toward the proper preparation of this case prior to a trial.

The purpose of this stipulation is simply to allow Plaintiff to complete the FRCP 30(b)(6) deposition of Defendants, which commenced on March 5, 2025, and proceeded for several hours and was suspended by agreement to be continued at a later date prior to May 14, 2025. This request is brought out of necessity and in good faith, all toward the goal of further allowing the parties to complete necessary discovery to prepare the case for trial.

A requested brief extension will provide the parties with adequate time to accomplish the foregoing discovery. Accordingly, good cause exists for the requested extension.

The parties propose the schedule as follows:

|  | Current | Proposed |
|---|---|---|
| Deadline to File Dispositive Motions: | April 14, 2025 | May 14, 2025 |
| Joint Pretrial Memo: | April 26, 2025 | June 14, 2025 |

## CONCLUSION

The parties respectfully request that the Court grant this stipulation and approve the proposed schedule as set forth above as the new deadlines in this matter.

Dated: April 10, 2025.                                          Dated: April 10, 2025.

SEMENZA RICKARD LAW                                             PRHLAW LLC

By: /s/Katie L. Cannata                                          By: /s/Charles H. McCrea
Lawrence J. Semenza, III, Bar #7174                              Paul Hejmanowski, Bar #94
Katie L. Cannata, Bar #14848                                     Charles H. McCrea, Bar #104
10161 Park Run Dr. #150                                          520 S. 4th St. #360
Las Vegas, Nevada 89145                                          Las Vegas, Nevada 89101

Attorneys for Defendants                                         Attorneys for Plaintiff

**IT IS SO ORDERED this 10th day of April, 2025.**

_____
United States Magistrate Judge