Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Defendant MGM Resorts International
& Defendant/Counterclaimant MGM Grand Hotel, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>                         Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>                         Defendants. | Case No.   2:22-cv-01906-MMD-EJY<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MGM RESORTS INTERNATIONAL AND DEFENDANT/COUNTERCLAIMANT MGM GRAND HOTEL, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>                         Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>                         Counter-Defendant. | |

        Defendant MGM Resorts International and Defendant/Counterclaimant MGM Grand Hotel, LLC, by and through their undersigned counsel, and pursuant to Local Rules IA 10-3 and IC 2-2(a)(3)(A), hereby submit the following Exhibits in Support of their Motion for Summary Judgment concurrently filed herewith.

1

| Exhibit No. | Description | No. of Pages | Pages |
|---|---|---|---|
| 1 | Declaration of Jennifer McEwin | 2 | 001-002 |
| 2 | Portions of Dwight Manley Deposition Transcript | 21 | 003-023 |
| 3 | Portions of Vanessa Reboton Deposition Transcript | 8 | 024-031 |
| 4 | Portion of Justin Manacher Deposition Transcript | 5 | 032-036 |
| 5 | **CONFIDENTIAL** Video Surveillance Footage (**FILED UNDER SEAL**) | 1 | 037 |
| 6 | Credit Instruments | 1 | 038 |
| 7 | Marker Limit Increase Request Forms | 3 | 039-041 |
| 8 | Photos and Text Messages Regarding Hole in the Wall | 2 | 042-043 |
| 9 | Portions of John Herman Deposition Transcript | 7 | 044-050 |
| 10 | Text Messages Between Manley and Ms. Reboton | 17 | 051-067 |
| 11 | Manley December 2021 Credit Balance Activity | 1 | 068 |
| 12 | Portions of Manley's E-mail Correspondence with LVMPD | 3 | 069-071 |
| 13 | Manley Responses to Requests for Admission, Request No. 5 | 14 | 072-085 |
| 14 | Credit Application | 2 | 086-087 |
| 15 | Nevada Gaming Control Board Statement | 4 | 088-091 |
| 16 | LVMPD Statement | 1 | 092 |
| 17 | Portions of Christopher Snyder Deposition Transcript | 4 | 093-096 |
| 18 | Hair Test Results | 2 | 097-098 |

DATED this 14th day of May, 2025.

SEMENZA RICKARD LAW

/s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant MGM Resorts International & Defendant/Counterclaimant MGM Grand Hotel, LLC*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

## CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Rickard Law in Clark County, Nevada.  I am over the age of 18 and not a party to this action.  The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on the 14th day of May 2025, I served the document(s), described as:

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MGM RESORTS INTERNATIONAL AND DEFENDANT/COUNTERCLAIMANT MGM GRAND HOTEL, LLC'S MOTION FOR SUMMARY JUDGMENT**

☒    by sending the ☐ original ☒ a true copy thereof:

☒ a.    via **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**PRHLAW LLC**
Charles H. McCrea, charles@prhlawllc.com, tlc@hmlawlv.com
Paul R. Hejmanowski, paul@prhlawllc.com, tc@hmlawlv.com
*Attorneys for Plaintiff*

☐ b.    **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Rickard Law's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c.    **BY PERSONAL SERVICE.**

☐ d.    **BY DIRECT EMAIL**

☐ e.    **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Olivia A. Kelly*
An Employee of Semenza Rickard Law