Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAWLLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawlle.com
charles@prhlawllc.com

Attorneys for DWIGHT MANLEY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>　　　　　Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:22-cv-01906-MMD-EJY<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF 160)**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 26 and 30 and Local Rule 26-3, Plaintiff and Defendants submit this Stipulation and (proposed) Order to extend the deadline for Plaintiff to file a response to Defendants' Motion for Summary Judgment (ECF 160). The parties submit this stipulation and order for the Court's consideration to allow the parties to continue working toward the proper preparation of this case prior to trial.

The purpose of this Stipulation is to allow Plaintiff time to address the issues raised by the

Defendants and to accommodate Plaintiff's counsel's family vacation out of the country. This request is brought out of necessity and in good faith, all toward the goal of further allowing the parties to prepare the case for trial.

Subject to the Court's approval, the parties propose the new schedule as follows:

|                              | Current       | Proposed      |
|------------------------------|---------------|---------------|
| Deadline to file response:   | June 4, 2025  | July 7, 2025  |

This is Plaintiff's first requested extension.

The parties respectfully request that the Court grant this stipulation and approve the schedule as set forth above as the new deadline.

Dated: May 20, 2025.

PRHLAW LLC

By: /s/ Paul Hejmanowski
Paul Hejmanowski, Bar #94
520 S. 4th St. #360
Las Vegas, Nevada 89101

Attorneys for Plaintiff

SEMENZA RICKARD LAW

By: /s/ Lawrence J. Semenza III
Lawrence. J. Semenza III, Bar #7174
1011 Park Run Dr. #150
Las Vegas, Nevada 89145

Attorneys for Defendants

**IT IS SO ORDERED.**

_____
United States District Judge

DATED: May 21, 2025

**Toni Clancy**

---

| | |
|---|---|
| **From:** | Lawrence J. Semenza, III <ljs@semenzarickard.com> |
| **Sent:** | Tuesday, May 20, 2025 11:18 AM |
| **To:** | Paul Hejmanowski; Katie Cannata |
| **Subject:** | RE: Manley v MGM |

You have the authority to affix my electronic signature, please note I am the "III". Thanks.

Lawrence J. Semenza, III, Esq.
Semenza Rickard Law
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
E-mail: ljs@semenzarickard.com
Website: www.semenzarickard.com
Telephone: 702-835-6803
Cellular: 702-612-9813
Facsimile: 702-920-8669

To ensure compliance with the requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This transmission and any attachment is attorney privileged and confidential. Any dissemination or copying of this communication is prohibited. If you are not the intended recipient, please notify us immediately by replying and delete the message. Thank you.

**From:** Paul Hejmanowski <Paul@prhlawllc.com>
**Sent:** Tuesday, May 20, 2025 9:24 AM
**To:** Lawrence J. Semenza, III <ljs@semenzarickard.com>; Katie Cannata <klc@semenzarickard.com>
**Subject:** Manley v MGM

Good morning

Attached is a draft SAO extending time for our response to the MOSJ. If it meets with your approval, do I have permission to e-sign for you? Paul

Paul Hejmanowski
**PRHLAW**LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166 | M 702.505.3229
paul@prhlawllc.com

1