Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>　　　　Defendants.<br>_____<br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>　　　　Counter-Defendant. | Case No.   2:22-cv-01906-MMD-EJY<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 160]**<br><br>**(First Request)** |

　　　　Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC (together, "Defendants"), hereby submit this Stipulation to Extend Briefing Schedule on Defendants' Reply in Support of

1

their Motion for Summary Judgment [ECF No. 160] (the "Motion"). This is the parties' first request to extend the Reply deadline. For good cause shown below, Defendants hereby seek up to and including Friday, August 15, 2025 in which to file their Reply brief.

On May 14, 2025, Defendants filed their Motion. (ECF No. 160.) Thereafter, the parties stipulated to extend the deadline for Plaintiff's Response to the Motion. (ECF Nos. 173-174.)

On July 7, 2025, Plaintiff filed his Response to Defendants' Motion. (ECF No. 178.) The current deadline for Defendants to file a Reply brief is July 21, 2025.

Counsel for Defendants require additional time to confer with their client regarding the forthcoming Reply, as well as the arguments raised in Plaintiff's Response. In addition, lead counsel for Defendants – Lawrence J. Semenza, III, Esq. – is currently out of the country and will not return until August 5, 2025. As such, the parties hereby stipulate and agree that the deadline for Defendants' Reply brief shall be extended to Friday, August 15, 2025.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with respect to the aforementioned motion.

DATED this 14th day of July 2025.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC & Defendant MGM Resorts International*

DATED this 14th day of July 2025.

PRHLAW LLC

*/s/ Paul R. Hejmanowski*
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant Dwight Manley*

**IT IS SO ORDERED.**

_____
United States District Judge

DATED: July 15, 2025

2