Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

Attorneys for DWIGHT MANLEY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:22-cv-01906-MMD-~~DJA~~ EJY<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO CONTINUE HEARING SET PURSUANT TO MINUTE ORDER ISSUED 1/7/2026 [ECF NO. 199]**<br><br>**(First Request)** |

On 1/7/2026 the Court issued a Minute Order in Chambers (ECF No. 199) setting a hearing for 1/13/2026 at 2:30 p.m. in Courtroom 3D (the "Hearing") requiring the parties to appear in person to discuss reconsideration of the Court's prior Order denying Plaintiff's Motion to Reopen Discovery and For Leave to Exceed 10 Deposition Limit (ECF No. 195). Counsel for Plaintiffs have significant prior commitments that would preclude their ability to attend the Hearing and

Defendants' counsel has graciously agreed to accommodate Plaintiff's counsel in rescheduling the Hearing subject to the Court's approval.

Accordingly, the parties, by and through their counsel of record, stipulate and agree to continue the Hearing to the earliest date and time subsequent to 1/13/2026 convenient to the Court.

Dated: January 7, 2026.                                    Dated: January 7, 2026.

SEMENZA RICKARD LAW                                        PRHLAW LLC

By: /s/Katie L. Cannata                                    By: /s/Charles H. McCrea
Lawrence J. Semenza, III, Bar #7174                        Paul Hejmanowski, Bar #94
Katie L. Cannata, Bar #14848                               Charles H. McCrea, Bar #104
10161 Park Run Dr. #150                                    520 S. 4th St. #360
Las Vegas, Nevada 89145                                    Las Vegas, Nevada 89101

Attorneys for Defendants                                   Attorneys for Plaintiff

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Stipulation to Continue Hearing (ECF No. 200) is GRANTED.

IT IS FURTHER ORDERED that the hearing presently set for January 13, 2026 at 2:30 p.m. is vacated and rescheduled to **January 14, 2026 at 2:30 p.m. in Courtroom 3D**.

Dated this 7th day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE