1  Lawrence J. Semenza, III, Esq., Bar No. 7174
   Email: ljs@semenzarickard.com
2  Katie L. Cannata, Esq., Bar No. 14848
   Email: klc@semenzarickard.com
3  SEMENZA RICKARD LAW
   10161 Park Run Drive, Suite 150
4  Las Vegas, Nevada 89145
   Telephone: (702) 835-6803
5  Facsimile: (702) 920-8669
6  *Attorneys for Defendant/Counterclaimant*
   *MGM Grand Hotel, LLC and Defendant*
7  *MGM Resorts International*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  DWIGHT MANLEY,                          | Case No.  2:22-cv-01906-MMD-EJY

12                       Plaintiff,         | **STIPULATION AND ORDER**
                                            | **REGARDING CUSTODIAN**
13  v.                                      | **DEPOSITIONS PENDING THE**
                                            | **ADJUDICATION OF DEFENDANTS'**
14  MGM RESORTS INTERNATIONAL; MGM          | **AND PLAINTIFF'S OBJECTIONS [ECF**
15  GRAND HOTEL, LLC,                       | **NOS. 207-208] TO MAGISTRATE**
                                            | **JUDGE ELAYNA YOUCHAH'S**
16                       Defendants.        | **JANUARY 14, 2026 ORDER [ECF NO.**
                                            | **203]**
17

18  MGM GRAND HOTEL, LLC, a Nevada
    limited liability company,
19

20                       Counterclaimant,

21  v.

22  DWIGHT MANLEY, an individual,

23                       Counter-Defendant.

24

25        Pursuant to LR 7-1, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts

26  International and MGM Grand Hotel, LLC (together, "Defendants") (collectively, the "Parties"),

27  hereby submit this Stipulation and Order regarding custodian depositions pending the

28

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

adjudication of the Parties' respective Objections [ECF Nos. 207-208] to the Honorable Magistrate Judge Elayna Youchah's ("Magistrate Judge Youchah") January 14, 2026 Order [ECF No. 203].

1. On January 14, 2026, Magistrate Judge Youchah issued an Order that (1) denied Plaintiff's request to depose two of Defendants' litigation hold custodians – Sean Duran and Brian Jordan – and (2) granted his request to depose five other custodians (*i.e.* Chris Durelej, Stewart Patchefsky, William Ash, Kendall Hart and Ronald Buono). (ECF No. 203.) The Order provided Plaintiff with sixty (60) days to complete the foregoing depositions. (*Id.*) In addition, Magistrate Judge Youchah further ruled that the depositions were limited to one (1) hour, unless the custodian testified that they possess information concerning the alleged incident – whereby Plaintiff's counsel would be afforded two (2) hours to complete their examination. (*Id.*)

2. On January 28, 2026, Defendants filed an Objection to Magistrate Judge Youchah's January 14, 2026 Order ("Defendants' Objection"). (ECF No. 207.) Among other things, Defendants' Objection argues that Plaintiff should not be entitled to conduct any of the custodian's depositions.

3. On January 29, 2026, Plaintiff filed his Objection to the January 14, 2026 Order, arguing that he should also be entitled to depose Sean Durand, MGM Grand's Chief of Security. (ECF No. 208.)

4. Considering the foregoing, Plaintiff has agreed to forego on conducting any of the custodian's depositions until the Parties' Objections are adjudicated. In return, should the District Court Judge permit the depositions to proceed, Defendants have agreed that Plaintiff shall have 60 days from the date of the District Court Judge's decision to complete those depositions.

///

///

///

///

///

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments with regard to their respective Objections.

DATED this 9th day of February 2026.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC & Defendant MGM*
*Resorts International*

DATED this 9th day of February 2026.

PRHLAW LLC

*/s/ Paul R. Hejmanowski*
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant*
*Dwight Manley*

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED: ___February 9, 2026___

3