Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for DWIGHT MANLEY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>　　　　　　Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:22-cv-01906-MMD-EJY<br><br>**STIPLATION AND [PROPOSED] ORDER** |

　　　　At the hearing on Tuesday, February 24, 2026, the Court directed counsel to take certain action at a meet and confer conference. There is uncertainty (at least in the mind of Plaintiff's counsel) as to what precisely needs to be done. The Minute Order is too scant to help. We need a transcript of the Judge's ruling but the court reporter advises that cannot be obtained within the 14 days. Accordingly, the meet and confer conference which is the subject of the Court's order should be continued until a time within 14 days of the receipt of the transcript.

　　　　THEREFORE, IT IS STIPULATED that the time for the meet and confer conference

1

should be extended until 14 days after receipt of the transcript.

Dated February 26, 2026.

PRHLAW LLC

By: /s/ Paul Hejmanowski
Paul Hejmanowski, Bar #94
520 S. 4th St. #360
Las Vegas, Nevada 89101

Attorneys for Plaintiff

SEMENZA RICKARD LAW

By: /s/ *Lawrence J. Semenza*
Lawrence J. Semenza, Bar #7174
10161 Park Run Drive #150
Las Vegas, Nevada 89145

Attorneys for Defendants

IT IS SO ORDERED.

Dated: __This 4th day of March__, 2026.

ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE