Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for DWIGHT MANLEY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY, | Case No. 2:22-cv-01906-MMD-EJY |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| v. | |
| MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC, | |
| Defendants, | |
| AND ALL RELATED ACTIONS. | |

On Wednesday, February 25, 2026, the Magistrate Judge set a settlement conference for March 30, 2026. Unfortunately, plaintiff's counsel, Paul Hejmanowsi, will be out of the country from March 17 through April 2. This is a long-standing trip that involves several other persons who will also be traveling out of the country for the event.

Plaintiff's counsel is available for a settlement conference in either April or May at the convenience of the Court and defendants' counsel. Defendants' counsel is agreeable to

1

rescheduling the settlement conference in April or May at the convenience of the Court.

THEREFORE, IT IS STIPULATED that the settlement conference presently set for March 30, 2026, will be continued to a date in April or May at the convenience of the Court.

Dated February 26, 2026.

PRHLAW LLC

By: /s/ Paul Hejmanowski
Paul Hejmanowski, Bar #94
520 S. 4th St. #360
Las Vegas, Nevada 89101

Attorneys for Plaintiff

SEMENZA RICKARD LAW

By: /s/ Lawrence.J. Semenza

Lawrence J. Semenza, Bar #7174
10161 Park Run Drive #150
Las Vegas, Nevada 89145

Attorneys for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the Stipulation to Continue Settlement Conference (ECF No. 217) is GRANTED.

IT IS FURTHER ORDERED that the settlement conference currently set for March 30, 2026 is vacated and rescheduled to **April 20, 2026 at 9:00 a.m.** in the chambers of the undersigned Magistrate Judge. The confidential settlement briefs must be delivered electronically to Emily_Santiago@nvd.uscourts.gov by **3:00 p.m. on April 13, 2026**.

IT IS FURTHER ORDERED that **all** parties and counsel **must** appear in person and arrive in chambers at 9:00 a.m. No remote appearances will be permitted.

IT IS FURTHER ORDERED that except as stated herein, the prior terms of the Court's March 3, 2026 Order (ECF No. 216) remain in full force and effect.

ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Date: March 4, 2026