Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAWLLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T| 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

Christopher W. Madel, Esq.*
Jennifer M. Robbins, Esq.*
MADEL PA
434 Lake Street
Excelsior, MN 55331
T| 612.605.0630
* Admitted *pro hac vice*.

*Attorneys for DWIGHT MANLEY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| DWIGHT MANLEY,<br><br>                    Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL;<br>MGM GRAND HOTEL, LLC,<br><br>                    Defendants,<br><br>AND ALL RELATED ACTIONS. | **Case No. 2:22-cv-01906-MMD-EJY**<br><br>**ORDER GRANTING STIPULATION TO EXTEND JOINT PRE-TRIAL ORDER DEADLINE**<br><br>**(Second Request)** |

Pursuant to LR IA 6-2 and LR II 7-1, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC (together, "Defendants" and with Plaintiff, collectively, the "Parties"), hereby submit this Stipulation and Order:

1.      Pursuant to the Court's February 25, 2026, Minute Order (ECF No. 215), the Parties were required to file a proposed joint pretrial order within thirty (30) days of their settlement

conference with the Honorable Magistrate Judge Elayna Youchah.

2. The settlement conference was originally set for March 30, 2026 (ECF No. 216).

3. On March 3, 2026, the Parties submitted a Stipulation and Proposed Order to Continue the Settlement Conference (ECF No. 217). That stipulation was granted and the settlement conference was rescheduled for April 20, 2026 (ECF No. 220).

3. At the April 20, 2026, settlement conference, the Parties were unsuccessful in resolving this matter. As a result, the deadline for the Parties to submit a proposed joint trial order was May 20, 2026.

4. On May 13, 2026, the Parties submitted a Stipulation and Order to Extend Joint Pretrial Order Deadline (First Request) extending the deadline to file the joint pretrial order to June 19, 2026 (ECF No. 242).

5. Both Parties have recently retained additional counsel to assist in the preparation for and conduct of the trial of this matter. All counsel are actively engaged in gathering and reviewing all documents and information necessary for the joint pretrial order; they are also conferring among themselves and with the clients, experts and fact witnesses and require a brief additional period to complete these tasks. Accordingly, the Parties have agreed to extend the joint pretrial order deadline by fourteen (14) days, *i.e.*, up to and including July 3, 2026.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

This stipulation is made in good faith, not for the purpose of undue delay, and is without prejudice to or waiver of any parties' rights and arguments.

DATED this 2nd day of June 2026.

SEMENZA RICKARD LAW

*/s/Katie L. Cannata*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

MUNGER TOLLES & OLSON, LLP
Bethany Woodard Kristovich, Esq.*
John Schwab, Esq.*
Alexander Sunny Yusef, Esq.*
350 South Grand Avenue
Los Angeles, California 90071
* Admitted *pro hac vice.*

*Attorneys for Defendant/Counterclaimant
MGM Grand Hotel, LLC & Defendant MGM
Resorts International*

DATED this 2nd day of June 2026.

PRHLAWLLC

*/s/Charles H. McCrea*
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101

MADEL PA
Christopher W. Madel, Esq.*
Jennifer M. Robbins, Esq.*
434 Lake Street
Excelsior, MN 55331
* Admitted *pro hac vice.*

*Attorneys for Plaintiff/Counter-Defendant
Dwight Manley*

**IT IS SO ORDERED.**

_____
United States District Court Judge

DATED:   June 11, 2026

**PRHLAW**LLC
520 South 4th Street, Suite. 360
LAS VEGAS, NEVADA 89101
702.834.6166

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 2nd day of June, 2026, I caused the foregoing **STIPULATION AND ORDER TO EXTEND JOINT PRE-TRIAL ORDER DEADLINE** to be served on all parties and counsel of record by the Court's CM/ECF System.

*/s/Charles H. McCrea*

**PRHLAW**LLC
520 South 4th Street, Suite. 360
LAS VEGAS, NEVADA 89101
702.834.6166