Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Bethany Woodard Kristovich, Esq. (*pro hac vice*)
E-mail: bethany.kristovich@mto.com
John Schwab, Esq. (*pro hac vice*)
Email: john.schwab@mto.com
Alexander Sunny Yusef, Esq. (*pro hac vice*)
E-mail: sasha.yusef@mto.com
MUNGER TOLLES & OLSON, LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9216
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MANLEY,<br><br>     Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>     Defendants.<br>_____<br><br>MGM GRAND HOTEL, LLC,<br><br>     Counterclaimant,<br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>     Counter-Defendant. | Case No.   2:22-cv-01906-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Third Request)** |

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Pursuant to LR 7-1, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC (together, "Defendants") (collectively, the "Parties"), hereby submit this Stipulation and Order:

1.    Pursuant to the Court's February 25, 2026 Minute Order, the Parties were required to file a proposed joint pretrial order within thirty (30) days of their settlement conference with the Honorable Magistrate Judge Elayna Youchah.  [ECF No. 215.]

2.    The settlement conference in this matter was originally set for March 30, 2026. [ECF No. 216.]  However, on March 3, 2026, the Parties submitted a Stipulation and Proposed Order to Continue the Settlement Conference.  [ECF No. 217.]  That stipulation was subsequently granted, and the settlement conference was rescheduled for April 20, 2026.  [ECF No. 220.]

3.    The Parties attended the April 20, 2026 settlement conference but were ultimately unsuccessful in resolving this matter.  As such, the deadline for the Parties to submit a proposed joint trial order was May 20, 2026.

4.    On May 13, 2026, the Parties submitted a Stipulation and Order to Extend Joint Pretrial Order Deadline (First Request) extending the deadline to file the joint pretrial order to June 19, 2026 (ECF No. 242).

5.    Thereafter, on June 2, 2026, the Parties submitted a Stipulation and Order to Extend Joint Pretrial Order Deadline (Second Request) extending the deadline to file the joint pretrial order to July 3, 2026 (ECF No. 243).

6.    As of the filing of this Stipulation, the parties and their counsel are continuing to gather and review all documents and information necessary for purposes of preparing a joint pretrial order.  The parties are also continuing to confer with counsel, experts and fact witnesses to confirm available dates for the jury trial in this matter.  Counsel for Plaintiff intends to circulate a draft of the joint pretrial order in the coming days.  Counsel for Defendants will thereby make their respective additions and/or proposed revisions.  Given the upcoming holiday, the parties intend to meet and confer concerning the joint pretrial order in the next two (2) to three (3) weeks.

7.    The Parties require additional time to complete the foregoing tasks.  Accordingly, the Parties have agreed to extend the joint pretrial order deadline by one (1) month, *i.e.* up to and

including August 3, 2026. While the Parties anticipate that the joint pretrial order will be filed prior to the foregoing date, a one-month extension is requested out of an abundance of caution and to prevent future requests for extensions.

This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments.

DATED this 1st day of July 2026.

SEMENZA RICKARD LAW

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
-
MUNGER TOLLES & OLSON, LLP
Bethany Woodard Kristovich, Esq. (*pro hac vice*)
John Schwab, Esq. (*pro hac vice*)
Alexander Sunny Yusef, Esq. (*pro hac vice*)
350 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Defendant/Counterclaimant*
*MGM Grand Hotel, LLC and Defendant*
*MGM Resorts International*

DATED this 1st day of July 2026.

PRHLAW LLC

*/s/ Jennifer M. Robbins*
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101
-
MADEL PA
Christopher W. Madel, Esq. (*pro hac vice*)
Jennifer M. Robbins, Esq. (*pro hac vice*)
434 Lake Street
Excelsior, Minnesota 55331
*Attorneys for Plaintiff/Counter-Defendant*
*Dwight Manley*

**IT IS SO ORDERED.**

_____
United States Magistrate / District Court Judge

DATED: _____

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3