Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAWLLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
Telephone: (702) 834-6166
paul@prhlawllc.com
charles@prhlawllc.com

Christopher W. Madel, Esq. (*pro hac vice*)
Jennifer M. Robbins, Esq. (*pro hac vice*)
MADEL PA
434 Lake Street
Excelsior, MN 55331
Telephone: (612) 605-0630
cmadel@madellaw.com
jmrobbins@madellaw.com

*Attorneys for DWIGHT MANLEY*

Lawrence J. Semenza, III, Esq. (SBN #7174)
ljs@semenzarickard.com
Katie L. Cannata, Esq. (SBN #14848)
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Bethany Kristovich, Esq. (*pro hac vice*)
bethany.kristovich@mto.com
John Schwab, Esq. (*pro hac vice*)
john.schwab@mto.com
Graham J. Wyatt, Esq. (*pro hac vice*)
graham.wyatt@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant MGM Resorts International & Defendant/Counterclaimant MGM Grand Hotel, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL;<br>MGM GRAND HOTEL, LLC,<br><br>Defendants. | Case No. 2:22-cv-01906-MMD-EJY<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET MOTION IN LIMINE DEADLINES** |
| AND ALL RELATED ACTIONS. | |

Pursuant to LR 7-1, Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC (together, "Defendants") (collectively, the "Parties"), hereby submit this Joint Stipulation and [Proposed] Order:

1. On August 3, 2026 the Parties filed their Proposed Joint Pretrial Order. (ECF No. 256.)

2. On August 5, 2026 the Court entered an Amended Order Regarding Trial in Civil Cases ("the Order"). (ECF No. 259.) In the Order, the Court required motions in limine to be "filed as one consolidated motion (as opposed to numerous separate motions)" and required the motions to be "fully briefed no later than 30 days before trial." (*Id.*)

3. The Parties understand the Order's requirement that motions in limine be "filed as one consolidated motion," (*id.*), to require each party to submit its motions in limine a single filing, which may contain multiple separately identified motions addressing distinct issues, and not to otherwise limit the number or length of those separately identified motions that the parties choose to present. The parties do not request modification of that portion of the Order.

4. The Parties do, however, respectfully request entry of the below briefing scheduling that the Parties agreed to and proposed in the Proposed Joint Pretrial Order for the Parties' intended 19 motions in limine[1]:

A. Opening motions in limine to be filed on or before: October 27, 2026

B. Responses to motions in limine to be filed on or before: December 3, 2026

C. Replies to be filed on or before: December 18, 2026

(ECF No. 256 at 59.)

6. The briefing schedule under the Court's Order would require opening briefs to be filed on or about December 24, 2026, with responsive briefing due shortly after the New Year's holiday. *See* Fed. R. Civ. P. 6(a)(4); LCvR 16-3. Due to the number of expected motions in limine in this matter, the Parties respectfully request that the Court adopt the Parties' above-proposed

---

[1] The Parties indicated that they would continue efforts to meet and confer regarding motions in limine to resolve any, in whole or in part, to the extent possible, while also reserving their rights to add additional motions to the extent necessary. (ECF No. 256 at 59.)

schedule with filing deadlines of October 27, December 3, and allow reply briefs on or before December 18. This schedule allows the Parties sufficient time to address each other's motions and avoids the filing of briefs during the holidays.

7. This Stipulation is not made for the purpose of undue delay and is without prejudice to or waiver of any parties' rights and arguments.

DATED this 24th day of August 2026.

SEMENZA RICKARD LAW

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
-
MUNGER TOLLES & OLSON, LLP
Bethany Kristovich, Esq. (*pro hac vice*)
John Schwab, Esq. (*pro hac vice*)
Graham J. Wyatt, Esq. (*pro hac vice*)
350 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International*

DATED this 24th day of August 2026.

PRHLAW LLC

*/s/ Jennifer M. Robbins*
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101
-
MADEL PA
Christopher W. Madel, Esq. (*pro hac vice*)
Jennifer M. Robbins, Esq. (*pro hac vice*)
434 Lake Street
Excelsior, Minnesota 55331
*Attorneys for Plaintiff/Counter-Defendant Dwight Manley*

**IT IS SO ORDERED.**

DATED: _______

______________________________________
The Honorable Miranda M. Du
District Court Judge

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 24th day of August, 2026, I caused the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO SET MOTION IN LIMINE DEADLINES** to be served on all parties and counsel of record by the Court's CM/ECF System.

*/s/ Jennifer M. Robbins*