Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendant MGM Resorts International*
*& Defendant/Counterclaimant MGM Grand Hotel, LLC*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>Defendants.<br>______<br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>Counter-Defendant. | Case No. 2:22-cv-01906-MMD-EJY<br><br>**FILED UNDER SEAL**<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT 38 TO DEFENDANT MGM RESORTS INTERNATIONAL AND DEFENDANT/COUNTERCLAIMANT MGM GRAND HOTEL, LLC'S APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTIONS IN LIMINE NOS. 1–12** |

On November 10, 2026, Defendant MGM Resorts International ("MGMRI") and Defendant/Counterclaimant MGM Grand Hotel, LLC ("MGM Grand") (together, "Defendants"), filed their Consolidated Motions In Limine Nos. 1–12 (the "Motion") [ECF No. 266].

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Pursuant to LR IC 1-1(d), Defendants offer the attached thumb drive (1), for manual filing **UNDER SEAL**, with the United States District Court, District of Nevada - Reno Clerk's office, which contains the CONFIDENTIAL video surveillance footage of the incident at hand, referenced as Exhibit 38 to Defendants' Motion. The thumb drive will be sent to the United States District Court, District of Nevada - Reno Clerk's office located at 400 S. Virginia St., Reno, Nevada 89501 for manual filing/keeping at their location for Judge Du.

A true and correct copy of the CONFIDENTIAL video surveillance footage referenced above was previously served via e-mail, via a Drop Box link, to opposing counsel's as follows on November 10, 2026:

**PRHLAW LLC**
Charles H. McCrea, charles@prhlawllc.com, tlc@hmlawlv.com
Paul R. Hejmanowski, paul@prhlawllc.com, tc@hmlawlv.com
-
**MADEL PA**
Christopher W. Madel, Esq. (*pro hac vice*), cmadel@madellaw.com
Jennifer M. Robbins, Esq. (*pro hac vice*), jmrobbins@madellaw.com, 6815994420@filings.docketbird.com, madelpafile@madellaw.com

Plaintiff's counsel's office has also previously been provided with the CONFIDENTIAL video surveillance footage during discovery.

Please be advised that Defendants moved to file the CONFIDENTIAL video surveillance attached to their Motion as Exhibit 38 under seal. (*See* ECF No. 269.)

DATED this 12th day of November 2026.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant MGM Resorts International & Defendant/Counterclaimant MGM Grand Hotel, LLC*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Rickard Law in Clark County, Nevada. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on the 12th day of November 2026, I served the document(s), described as:

**NOTICE OF MANUAL FILING OF EXHIBIT 38 TO DEFENDANT MGM RESORTS INTERNATIONAL AND DEFENDANT/COUNTERCLAIMANT MGM GRAND HOTEL, LLC'S APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTIONS IN LIMINE NOS. 1–12**

☒ by placing the ☐ original ☒ a true copy thereof enclosed/attached and delivered:

☒ a. via **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**PRHLAW LLC**
Charles H. McCrea, charles@prhlawllc.com, tlc@hmlawlv.com
Paul R. Hejmanowski, paul@prhlawllc.com, tc@hmlawlv.com
-
**MADEL PA**
Christopher W. Madel, Esq. (*pro hac vice*), cmadel@madellaw.com
Jennifer M. Robbins, Esq. (*pro hac vice*), jmrobbins@madellaw.com, 6815994420@filings.docketbird.com, madelpafile@madellaw.com
*Attorneys for Plaintiff*

☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Rickard Law's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL**

☐ e. **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Olivia A. Kelly*
An Employee of Semenza Rickard Law


MIL Exhibit 38
BATES 266