Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAWLLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
Telephone: (702) 834-6166
paul@prhlawllc.com
charles@prhlawllc.com

Christopher W. Madel, Esq. (*pro hac vice*)
Jennifer M. Robbins, Esq. (*pro hac vice*)
MADEL PA
434 Lake Street
Excelsior, MN 55331
Telephone: (612) 605-0630
cmadel@madellaw.com
jmrobbins@madellaw.com

*Attorneys for DWIGHT MANLEY*

Lawrence J. Semenza, III, Esq. (SBN #7174)
ljs@semenzarickard.com
Katie L. Cannata, Esq. (SBN #14848)
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Bethany Kristovich, Esq. (*pro hac vice*)
bethany.kristovich@mto.com
John Schwab, Esq. (*pro hac vice*)
john.schwab@mto.com
Graham J. Wyatt, Esq. (*pro hac vice*)
graham.wyatt@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant MGM Resorts International & Defendant/Counterclaimant MGM Grand Hotel, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DWIGHT MANLEY,

Plaintiff,

vs.

MGM RESORTS INTERNATIONAL;
MGM GRAND HOTEL, LLC,

Defendants.

AND ALL RELATED ACTIONS.

Case No. 2:22-cv-01906-MMD-EJY

**JOINT NOTICE OF AGREED BRIEFING SCHEDULE FOR MOTIONS IN LIMINE**

Plaintiff Dwight Manley ("Plaintiff") and Defendants MGM Resorts International and MGM Grand Hotel, LLC ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby jointly give notice of the Parties' agreed briefing schedule for motions in limine, as follows:

1. On August 5, 2026, the Court entered its Amended Order Regarding Trial, which set this matter for trial on the two-week stack commencing February 9, 2027, and directed that motions in limine be filed as one consolidated motion and be "fully briefed and submitted for decision no later than 30 days before trial." (ECF No. 259 ¶ 2.) Thirty days before February 9, 2027, is January 10, 2027.

2. On August 24, 2026, the Parties filed a stipulation proposing a briefing schedule for motions in limine. (ECF No. 261.) The Court denied the stipulation without prejudice, explaining that "[f]irst and foremost, the parties may file motions in limine for them to be fully brief[ed] by the deadline established in the Court's order regarding trial (ECF No. 259)." (ECF No. 262.) The Court further declined to permit reply briefs. (*Id.*; *see also* LR 16-3(a).)

3. Accordingly, and consistent with ECF Nos. 259 and 262, the Parties met and conferred and agreed to the following schedule, under which all motions in limine will be fully briefed and submitted for decision well before the Court's deadline:

a. **Opening Briefs.** Each side filed its consolidated omnibus motion in limine on November 10, 2026. (ECF Nos. 263 & 266.)

b. **Response Briefs.** Each side will file its consolidated response to the other side's omnibus motion in limine on or before December 16, 2026.

c. **No Reply Briefs.** In accordance with ECF No. 262 and LR 16-3(a), neither side will file a reply brief.

4. Under this schedule, briefing on all motions in limine will be complete, and the

motions submitted for decision, on December 16, 2026—25 days before the January 10, 2027 deadline set by ECF No. 259. The Parties do not seek to modify any deadline set by the Court, and submit this notice for the Court's information.

DATED this 17th day of November 2026.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
-
MUNGER TOLLES & OLSON, LLP
Bethany Kristovich, Esq. (*pro hac vice*)
John Schwab, Esq. (*pro hac vice*)
Graham J. Wyatt, Esq. (*pro hac vice*)
350 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Defendant/Counterclaimant MGM Grand Hotel, LLC and Defendant MGM Resorts International*

DATED this 17th day of November 2026.

MADEL PA

*/s/ Jennifer M. Robbins*
Christopher W. Madel (*pro hac vice*)
Jennifer M. Robbins (*pro hac vice*)
434 Lake Street
Excelsior, Minnesota 55331
-
PRHLAW LLC
Paul R. Hejmanowski, Esq., Bar No. 94
Charles H. McCrea, Esq., Bar No. 104
520 S. Fourth St., Ste. 360
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant Dwight Manley*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 17th day of November, 2026, I caused the foregoing **JOINT NOTICE OF AGREED BRIEFING SCHEDULE FOR MOTIONS IN LIMINE** to be served on all parties and counsel of record by the Court's CM/ECF System.

*<u>/s/ Jennifer M. Robbins</u>*