Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Bethany W. Kristovich, Esq. (*pro hac vice*)
bethany.kristovich@mto.com
John Schwab, Esq. (*pro hac vice*)
john.schwab@mto.com
Graham J. Wyatt, Esq. (*pro hac vice*)
graham.wyatt@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Attorneys for Defendant MGM Resorts International & Defendant/Counterclaimant MGM Grand Hotel, LLC*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MANLEY,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL; MGM GRAND HOTEL, LLC,<br><br>Defendants.<br><br>---<br><br>MGM GRAND HOTEL, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>DWIGHT MANLEY, an individual,<br><br>Counter-Defendant. | Case No. 2:22-cv-01906-MMD-EJY<br><br>**DEFENDANTS' REQUEST TO MAINTAIN EXHIBITS E, CC AND DD [ECF NOS. 263-5, 263-29, 263-30] TO PLAINTIFF'S MOTIONS IN LIMINE [ECF NO. 263] UNDER SEAL, OR ALTERNATIVELY, REQUEST TO REDACT** |

In accordance with the Court's November 12, 2026 Minute Order [ECF No. 303], Defendant MGM Resorts International ("MGM Resorts") and Defendant/Counterclaimant MGM Grand Hotel, LLC ("MGM Grand") (together, "Defendants") hereby file the instant request to maintain Exhibits E, CC and DD [ECF NOS. 263-5, 263-29, 263-30] to Plaintiff Dwight Manley's ("Plaintiff") Motions in Limine under seal, or alternatively, for the filing of redacted versions of said exhibits.

Exhibit E to Plaintiff's Motions in Limine are internal e-mail communications concerning his initial $2 million line of credit, as well as his subsequent This-Trip-Only (hereinafter, "TTO") increase requests. Exhibits CC and DD are previously redacted[1] litigation hold notices circulated by Defendants to certain custodians. All three of these documents were previously designated as "Confidential" by Defendants pursuant to the parties' Stipulated Protective Order. (*See* ECF Nos. 23-24.)

While there exists a strong presumption in favor of access to court records and documents, *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003), this general right to public documents is not absolute. *Nixon v. Warner Commc'ns*, 435 U.S. 589, 598 (1978). Compelling reasons must be shown to seal judicial records attached to a dispositive motion. *Id.* at 331 F.3d at 1136.

The factors relevant to a determination of whether the strong presumption of access is overcome include the "public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets." *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (citing *EEOC v. Erection Co., Inc.,* 900 F.2d 168, 170 (9th Cir.1990)). What constitutes a "compelling reason" is left to the sound discretion of the trial court. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016).

In order to meet this standard, a "party must "articulate[ ] compelling reasons supported by specific factual findings," that outweigh the general history of access and the public policies

[1] Exhibits CC and DD were previously disclosed as a courtesy to Plaintiff's counsel and for purposes of facilitating a continued FRCP 30(b)(6) deposition of Defendants.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

favoring disclosure, such as the "public interest in understanding the judicial process." *San Jose Mercury News, Inc. v. U.S. Dist. Ct.,* 187 F.3d 1096, 1102–03 (9th Cir.1999); *EEOC v. Erection Co.,* 900 F.2d 168, 170 (9th Cir.1990)). In turn, the court must "conscientiously balance[ ] the competing interests" of the public and the party who seeks to keep certain judicial records secret. *Foltz,* 331 F.3d at 1135. After considering these interests, if the court decides to seal certain judicial records, it must "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Hagestad,* 49 F.3d at 1434 (citing *Valley Broadcasting Co. v. U.S. Dist. Ct.,* 798 F.2d 1289, 1295 (9th Cir.1986)); *see also Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Here, Defendants submit that there are compelling reasons to maintain Exhibit E to Plaintiff's Motions in Limine under seal. Exhibit E contains internal communications between MGM Resorts' Executive Director of VIP Accounts - Corporate Marker Operations, Plaintiff's host and MGM Resorts' President of Casino Marketing concerning Plaintiff's credit line and subsequent increases thereto. It goes without saying that such communications are generally not publicly available and are accessible to only some (but certainly not all) of Defendants' employees (*i.e.* the communications recipients, etc.). The communications contained in Exhibit E also inherently disclose Defendants' system of reporting and/or approving patron credit lines, and feature the e-mail addresses of the employees listed above. For these reasons, Defendants respectfully request that Exhibit E be kept under seal.

Defendants maintain that compelling reasons similarly exist to keep Exhibits CC and DD under seal. As noted above, the foregoing exhibits are litigation hold notices that Defendants circulated concerning Plaintiff's alleged December 10, 2021 incident to certain custodians. Those notices were originally produced in redacted form for purposes of removing the substantive content of the litigation holds, given that that they were drafted, issued by and/or at the direction of Defendants' in-house counsel at the time – Ashley Eddy, Esq.[2] As such, the content of the notices were redacted for attorney-client privilege prior to disclosure in this

[2] The attorney-client privilege redactions to the litigation hold notices are identified within Defendants' Third Supplemental Privilege Log, which was served concurrently with the notices.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

matter. The unredacted portions of the litigation hold notices, however, include custodians' direct e-mail addresses. Defendants believe that their litigation hold notices are proprietary in nature and should remain sealed.

Should the Court not be inclined to keep Exhibits E, CC and DD under seal, Defendants alternatively request that said exhibits be redacted to remove (1) e-mail addresses, (2) telephone numbers, and (3) patron account numbers prior to being publicly filed on the docket, in accordance with LR IC 6-1. Defendants are particularly concerned with the public filing of their employees' e-mail addresses, especially in light of the considerable media attention given to this action by local and/or California outlets.

DATED this 18th day of November, 2026.

SEMENZA RICKARD LAW

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

MUNGER, TOLLES, & OLSON LLP
Bethany W. Kristovich, Esq. (*pro hac vice)*
John Schwab, Esq., (*pro hac vice)*
Graham J. Wyatt, Esq., (*pro hac vice*)
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426

*Attorneys for Defendant MGM Resorts International & Defendant/Counterclaimant MGM Grand Hotel, LLC*

## CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Rickard Law in Clark County, Nevada. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on the 18th day of November, I served the document(s), described as:

**DEFENDANTS' REQUEST TO MAINTAIN EXHIBITS E, CC AND DD [ECF NOS. 263-5, 263-29, 263-30] TO PLAINTIFF'S MOTIONS IN LIMINE [ECF NO. 263] UNDER SEAL, OR ALTERNATIVELY, REQUEST TO REDACT**

☒ by sending the ☐ original ☒ a true copy thereof:

☒ a. via **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**PRHLAW LLC**
Charles H. McCrea, charles@prhlawllc.com, tlc@hmlawlv.com
Paul R. Hejmanowski, paul@prhlawllc.com, tc@hmlawlv.com
-
**MADEL PA**
Christopher W. Madel, Esq. (*pro hac vice*), cmadel@madellaw.com
Jennifer M. Robbins, Esq. (*pro hac vice*), jmrobbins@madellaw.com, 6815994420@filings.docketbird.com, madelpafile@madellaw.com
*Attorneys for Plaintiff*

☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Rickard Law's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL**

☐ e. **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Angie Barreras*
An Employee of Semenza Rickard Law

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803